# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| EDWARD GONZALES, et al., ) | |
| ) | Case No. 2:23-cv-3051 |
| Plaintiffs, ) | |
| ) | Judge Michael H. Watson |
| v. ) | |
| ) | Chief Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| STEVE SNYDER-HILL, et al., ) | Case No. 2:23-cv-02993 |
| ) | |
| Plaintiffs, ) | Judge Michael H. Watson |
| ) | |
| v. ) | Chief Magistrate Judge Elizabeth P. Deavers |
| ) | |
| THE OHIO STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| WILLIAM KNIGHT, et al., ) | Case No. 2:23-cv-02994 |
| ) | |
| Plaintiffs, ) | Judge Michael H. Watson |
| ) | |
| v. ) | Chief Magistrate Judge Elizabeth P. Deavers |
| ) | |
| THE OHIO STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| JOHN DOES 162, et al., ) | |
| ) | Case No. 2:23-cv-02991 |
| Plaintiffs, ) | |
| ) | Judge Michael H. Watson |
| v. ) | |
| ) | Chief Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

1

| | |
|---|---|
| JOHN DOE, | Case No. 2:23-cv-02996 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Chief Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |

# JOINT NOTICE

The parties in the above-captioned actions respectfully submit this Joint Notice pursuant to the Court's August 7, 2023 Opinion and Order stating the following:

> "Finally, Defendant represents that Plaintiffs have not yet disclosed the identities of some of the John Doe Plaintiffs. Notice 16-18, ECF No. 211. The Sharp and Public Justice Plaintiffs represent that they 'are working to promptly identify all undisclosed John Does to OSU.' *Id*. at 18.
>
> Within **FIVE DAYS** after the five to-be-filed cases are filed, the parties shall file a joint notice outlining the status of the disclosures of John Doe Plaintiffs' identities. If the parties believe they need Court intervention, they shall request the same from Magistrate Judge Deavers."

Opinion and Order at 8-9.[1]

The parties state that the identities of all John Doe Plaintiffs have been disclosed to counsel for Ohio State, with the exception of the following John Doe Plaintiffs in the following cases who have not yet been disclosed:

---

[1] The Court's August 7, 2023 Opinion and Order was issued in the following cases: *Garrett, et al. v. The Ohio State University*, Case No. 2:18-cv-692 (Doc. 212); *Snyder-Hill, et al. v. The Ohio State University*, Case No. 2:18-cv-736 (Doc. 178); *Nutter, et al. v. The Ohio State University*, Case No. 2:19-cv-2462 (Doc. 65); *Ratliff v. The Ohio State University*, Case No. 2:19-cv-4746 (Doc. 49); *John Does 151-166, et al. v. The Ohio State University*, Case No. 2:20-cv-3817 (Doc. 51); *John Does 172, et al. v. The Ohio State University*, Case No. 2:21-cv-2121 (Doc. 29); *John Does 192-217 v. The Ohio State University*, Case No. 2:21-cv-2527 (Doc. 34); *Alf, et al. v. The Ohio State University*, Case No. 2:21-cv-2542 (Doc. 29); *Canales, et al. v. The Ohio State University*, Case No. 2:21-cv-2562 (Doc. 30); *Moxley, et al. v. The Ohio State University*, Case No. 2:21-cv-3838 (Doc. 44); and *John Doe v. The Ohio State University*, Case No. 2:23-cv-1048 (Doc. 14).

2

***Gonzales, et al.*, Case No. 2:23-cv-3051**
John Doe 85
John Doe 88
John Doe 89
John Doe 90
John Doe 91
John Doe 92
John Doe 93
John Doe 94
John Doe 95
John Doe 96
John Doe 97
John Doe 99
John Doe 101

***Knight, et al.*, Case No. 2:23-cv-02994**
John Doe 20

On September 21, 2023, Plaintiffs' counsel in the *Gonzales, et al.* case emailed the following update to counsel for Ohio State:

> "Noting the Court's directive in Doc. 212, at 9 that a Joint Motion be filed within five days of the filing of the amended complaints, I wanted to update you re the Sharp Law group. We have updated our John Doe key, listing previously undisclosed plaintiffs and noting removal of certain class reps. Per the Court's prior order in Doc. 51, we plan to file this under seal and ex parte, in the same manner we've done previously."

    Respectfully submitted,

    DAVE YOST
    ATTORNEY GENERAL OF OHIO

By:   /s/ Michael H. Carpenter
    Michael H. Carpenter (0015733) (Trial Attorney)
    Timothy R. Bricker (0061872)
    David J. Barthel (0079307)
    CARPENTER LIPPS LLP
    280 Plaza, Suite 1300
    280 North High Street
    Columbus, OH 43215
    Phone: (614) 365-4100
    Fax: (614) 365-9145
    E-mail:carpenter@carpenterlipps.com

bricker@carpenterlipps.com
barthel@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*

/s/ Rex A. Sharp and /s/ Simina Vourlis
by /s/ Michael H. Carpenter
per email authorization (9/25/2023)
Rex A. Sharp
Larkin Walsh
Sarah T. Bradshaw
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
rsharp@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

Simina Vourlis
The Law Office of Simina Vourlis
856 Pullman Way
Columbus, OH 43212
(614) 487-5900
(614) 487-5901 fax
svourlis@vourlislaw.com

Robert Allard
CORSIGLIA, MCMAHON AND ALLARD, LLP
96 North Third Street, Suite 620
San Jose, CA 95112
(408) 289-1417
(408) 289-8127 fax
rallard@cmalaw.net

Stephen Estey
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103
619-295-0035
619-295-0172 fax
steve@estey-bomberger.com

Daniel R. Karon
KARON LLC

4

700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Tel.: 216.622.1851
dkaron@karonllc.com

Joseph Sauder
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, PA 19312
(610) 200-0580
(610) 421-1326
jgs@sstriallawyers.com

Counsel for the *Sharp Group* Plaintiffs (*Gonzales, et al.*, Case No. 2:23-cv-3051)


/s/ Scott E. Smith
by /s/ Michael H. Carpenter
per email authorization (9/25/2023)
SCOTT ELLIOTT SMITH, LPA
Scott E. Smith (0003749)
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail:ses@sestriallaw.com

Ilann M. Maazel (admitted pro hac vice)
Debra L. Greenberger (admitted pro hac vice)
600 Fifth Avenue
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbalaw.com
E-Mail: dgreenberger@ecbalaw.com

Adele P. Kimmel (admitted pro hac vice)
Alexandra Brodsky (admitted pro hac vice)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite
630 Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net

5

Counsel for the *Public Justice* Plaintiffs (*Snyder-Hill, et al.*, Case No. 2:23-cv-02993)

/s/ Richard W. Schulte
by /s/ Michael H. Carpenter
per email authorization (9/25/2023)
**Richard W. Schulte (0066031)**
**WRIGHT & SCHULTE, LLC**
865 S. Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
(937) 435-7511 facsimile
rschulte@yourlegalhelp.com

Counsel for the *Wright & Schulte* Plaintiffs (*John Does 162, et al.*, Case No. 2:23-cv-02991)

/s/ John C. Camillus
by /s/ Michael H. Carpenter
per email authorization (9/25/2023)
John C. Camillus, Trial Attorney (0077435)
Law Offices of John C. Camillus, LLC
P.O. Box 141410
Columbus, Ohio 43214
(614) 992-1000
(614) 559-6731 (facsimile)
jcamillus@camilluslaw.com

Mitchell Schuster, Esq. (pro hac vice forthcoming)
Benjamin D. Bianco, Esq. (admitted pro hac vice)
Meister Seelig & Fein PLLC
125 Park Avenue, 7th Floor
New York, New York 10017
(212) 655-3500
(212) 655-3535 (facsimile)
ms@msf-law.com
bdb@msf-law.com

Counsel for the *Bianco* Plaintiff (*John Doe*, Case No. 2:23-cv-02996)

6

/s/ J.C. Ratliff
/s/ Rocky Ratliff
by /s/ Michael H. Carpenter
per email authorization (9/25/2023)
J.C. Ratliff (0027898)
Rocky Ratliff (0089781)
200 West Center Street
Marion, Ohio 43302
Telephone: 740.383.6023
Facsimile:  740.383.2066
attorney.ratliff@gmail.com
attorneyrockyratliff@gmail.com

Counsel for the Ratliff Plaintiffs (*Knight, et al.* Case No. 2:23-cv-02994)

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on September 25, 2023. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

Trial Attorney for
Defendant The Ohio State University