IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM KNIGHT, *et al.*, | : | Case No. 2:23-cv-2994 |
| Plaintiffs, | : | Judge Michael H. Watson |
| -vs- | : | Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | : | |
| Defendant. | : | |

### NOTICE OF SUBMISSION OF PLAINTIFFS' FACT SHEETS

Now comes the Plaintiffs, by and through counsel, and hereby notify the Court of the Plaintiffs submission of their fact sheets to Defendant in the herein captioned matter. Plaintiffs further submit that the fact sheets submitted substantially comply with the information that has been requested.

Respectfully submitted,

*/s/ J.C. Ratliff*
**J.C. Ratliff** (0027898)
**Rocky Ratliff** (0089781)
RATLIFF LAW OFFICE
200 West Center Street
Marion, Ohio 43302
Telephone:   740.383.6023
Facsimile:    740.383.2066
Email: attorney.ratliff@gmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via ☐ Regular U.S. Mail; ☐Electronic Mail (email); ☐ Facsimile; ☐ Clerk's Electronic Filing System; or ☒ PACER CM/ECF System on Tuesday, January 7, 2025 upon the all parties to this action.

                                            */s/ J.C. Ratliff*
                                            **J.C. Ratliff** (0027898)
                                            **Rocky Ratliff** (0089781)

                                            *Attorneys for the Plaintiffs.*