UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

JOHN DOE 162,

      Plaintiff,

                                            Case No. 2:23-cv-2991

v.                                         Judge Michael H. Watson

                                            Magistrate Judge Deavers

THE OHIO STATE UNIVERSITY,

      Defendant.

---

STEVE SNYDER-HILL, *et al.*,

      Plaintiffs,

                                            Case No. 2:23-cv-2993

v.                                         Judge Michael H. Watson

                                            Magistrate Judge Deavers

THE OHIO STATE UNIVERSITY,

      Defendant.

WILLIAM KNIGHT, *et al.*,

        Plaintiffs,

    v.

THE OHIO STATE UNIVERSITY,

        Defendant.

Case No. 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Deavers

---

STEVE GRESOCK,

        Plaintiff,

    v.

THE OHIO STATE UNIVERSITY,

        Defendant.

Case No. 2:23-cv-2996
Judge Michael H. Watson
Magistrate Judge Deavers

---

**EDWARD GONZALES**, *et al.*,

        Plaintiff,

v.

**THE OHIO STATE UNIVERSITY,**

        Defendant.

**Case No. 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Deavers**

## ORDER

The Court will hold on **September 8, 2025, at 1:00 p.m. ET** an **in-person** status conference to schedule mediation sessions in these cases. The Court intends to establish the dates and times for multiple (if not all) projected mediation sessions during this conference. Accordingly, only counsel need attend. But counsel **SHALL** bring to the conference the availability through February 2026 of all persons with decision-making authority whose input will be considered during mediation.

Requests to attend via telephone or reschedule will be denied. At least one counsel for each plaintiff is urged to attend, but if all counsel for a particular plaintiff is unavailable, counsel shall provide their (and their clients') availability to an attorney who will be in attendance.

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**