[Ohio State University](#)

**Rep. Jim Jordan to be questioned under oath on Strauss sex abuse scandal**

by: [Kevin Accettulla](#), [Colleen Marshall](#)

Posted: Jul 16, 2025 / 06:02 PM EDT

Updated: Jul 16, 2025 / 07:48 PM EDT

**SHARE**

COLUMBUS, Ohio ([WCMH](#)) — Rep. Jim Jordan (R-Ohio) will answer questions under oath in relation to the Richard Strauss sex abuse scandal at Ohio State University, sources have told NBC4.

After years of appeals, depositions are underway in the sexual abuse scandal involving Strauss, a former Ohio State University doctor. It has been seven years since the first lawsuits were filed against the university.

Jordan is set to be deposed on Friday in Washington. Former [Ohio State Athletic Director Andy Geiger](#) was deposed on Wednesday in Los Angeles.

[Columbus says village's speed cameras are straining city's resources](#)

Jordan and Geiger are being questioned as part of civil lawsuits against the university. Neither have been charged with any crimes, but many have questioned what they knew about Strauss' behavior.

In a statement, a spokesperson for Jordan repeated earlier denials.

"As everyone knows, Chairman Jordan never saw or heard of any abuse, and if he had, he would have dealt with it," the spokesperson said.

Sources told NBC4's Colleen Marshall that Geiger testified for at least seven hours.

Attorneys for Ohio State University have also questioned some of the survivors, whose Title IX claims accuse the university of knowing what Strauss was doing, facilitating it, and concealing it.

Survivors have shared their anguished stories as they described being sexually abused, even being drugged and raped by Strauss. But they also shared their anger as they learned



the Strauss assaults lasted for nearly 20 years, and they said university leaders, even their own coaches, knew.

At least four former wrestlers and one referee are on record saying they complained about Strauss to Jordan, a then-assistant wrestling coach.

HBO recently released a documentary about the scandal. Marshall was interviewed for the documentary after reporting on the scandal for many years. Ohio State was not involved in making the documentary. *Watch coverage of the documentary in the video player above.*

The survivors of Strauss kept quiet for decades, internalizing their trauma, but back in 2018, they started talking.

Hundreds of the survivors of the 20-year-long string of sexual assaults by the Ohio State team doctor still have cases against the university pending in federal court.

In a previous statement to NBC4, an Ohio State University spokesperson said:

*Ohio State led the effort to investigate and expose Richard Strauss, and we express our deep regret and apologies to all who experienced Strauss' abuse. The university is forever grateful to the survivors who participated in the independent investigation, which could not have been completed without their strength and courage. Since 2018, we have reached settlement agreements with more than half of the plaintiffs, 296 survivors, for more than $60 million. All male students who filed lawsuits have been offered the opportunity to settle. In addition, the university continues to cover the cost of professionally certified counseling services and other medical treatment, including reimbursement for counseling and treatment received in the past.*

https://www.nbc4i.com/news/local-news/ohio-state-university/rep-jim-jordan-to-be-questioned-under-oath-on-strauss-sex-abuse-scandal/

[Ohio State University](#)

**Rep. Jim Jordan to be questioned under oath on Strauss sex abuse scandal**

by: [Kevin Accettulla](#), [Colleen Marshall](#)

Posted: Jul 16, 2025 / 06:02 PM EDT

Updated: Jul 17, 2025 / 03:22 PM EDT

**SHARE**

*Editor's note: This article has been updated to remove information that NBC4 determined had not been made public.*

COLUMBUS, Ohio ([WCMH](#)) — Rep. Jim Jordan (R-Ohio) will answer questions under oath in relation to the Richard Strauss sex abuse scandal at Ohio State University, sources have told NBC4.

After years of appeals, depositions are underway in the sexual abuse scandal involving Strauss, a former Ohio State University doctor. It has been seven years since the first lawsuits were filed against the university.

Jordan is set to be deposed on Friday in Washington. Former [Ohio State Athletic Director Andy Geiger](#) was deposed on Wednesday in Los Angeles.

Jordan and Geiger are being questioned as part of civil lawsuits against the university. Neither have been charged with any crimes, but many have questioned what they knew about Strauss' behavior.



FILE – House Judiciary Committee Chair Rep. Jim Jordan, R-Ohio, speaks during a hearing, June 4, 2024 ...Read More



Ohio State athletic director Andy Geiger speaks during a news conference announcing his retirement ...Read More

In a statement, a spokesperson for Jordan repeated earlier denials.

"As everyone knows, Chairman Jordan never saw or heard of any abuse, and if he had, he would have dealt with it," the spokesperson said.

Sources told NBC4's Colleen Marshall that Geiger testified for at least seven hours.

Attorneys for Ohio State University have also questioned some of the survivors, whose Title IX claims accuse the university of knowing what Strauss was doing, facilitating it, and concealing it.

Survivors have shared their anguished stories as they described being sexually abused, even being drugged and raped by Strauss. But they also shared their anger as they learned the Strauss assaults lasted for nearly 20 years, and they said university leaders, even their own coaches, knew.

At least four former wrestlers and one referee are on record saying they complained about Strauss to Jordan, a then-assistant wrestling coach.

HBO recently released a documentary about the scandal. Marshall was interviewed for the documentary after reporting on the scandal for many years. Ohio State was not involved in making the documentary.

Play Video

Culture of Cover-up

The survivors of Strauss kept quiet for decades, internalizing their trauma, but back in 2018, they started talking.

Hundreds of the survivors of the 20-year-long string of sexual assaults by the Ohio State team doctor still have cases against the university pending in federal court.

In a previous statement to NBC4, an Ohio State University spokesperson said:

*Ohio State led the effort to investigate and expose Richard Strauss, and we express our deep regret and apologies to all who experienced Strauss' abuse. The university is forever grateful to the survivors who participated in the independent investigation, which could not have been completed without their strength and courage. Since 2018, we have reached settlement agreements with more than half of the plaintiffs, 296 survivors, for more than $60 million. All male students who filed lawsuits have been offered the opportunity to settle. In addition, the university continues to cover the cost of professionally certified counseling services and other medical treatment, including reimbursement for counseling and treatment received in the past.*

https://www.nbc4i.com/news/local-news/ohio-state-university/rep-jim-jordan-to-be-questioned-under-oath-on-strauss-sex-abuse-scandal/