UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE 162, *et al.*,

    Plaintiffs,

  v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Civil Action 2:23-cv-2991
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

STEVE SNYDER-HILL, *et al.*,

    Plaintiffs,

  v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Civil Action 2:23-cv-2993
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

---

WILLIAM KNIGHT, *et al.*,

    Plaintiffs,

  v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Civil Action 2:23-cv-2994
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

**JOHN DOE,**

      **Plaintiff,**

  v.

**THE OHIO STATE UNIVERSITY,**

      **Defendant.**

**Civil Action 2:23-cv-2996**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**EDWARD GONZALES,**

      **Plaintiff,**

  v.

**THE OHIO STATE UNIVERSITY,**

      **Defendant.**

**Civil Action 2:23-cv-3051**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

## NOTICE

**TAKE NOTICE** that a Telephonic Status Conference will be held before Judge Michael H. Watson and Magistrate Judge Elizabeth A. Preston Deavers on **JANUARY 13, 2026,** at **3:00 P.M**.

The parties are directed to call **1-551-285-1373,** enter Zoom Meeting ID **161-603-4081#**. The Participant ID and Meeting Passcode are both **581746#.**

**DATE: January 12, 2026**

    *s/Sherry Nichols*
    Sherry Nichols, Courtroom Deputy
    Sherry_Nichols@ohsd.uscourts.gov
    614-719-3461