UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE 162,** *et al.***,**

    **Plaintiffs,**

  **v.**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2991**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**STEVE SNYDER-HILL,** *et al.***,**

    **Plaintiffs,**

  **v.**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2993**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

---

**WILLIAM KNIGHT,** *et al.***,**

    **Plaintiffs,**

  **v.**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

**Case No. 2:23-cv-2994**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

| | |
|---|---|
| STEVE GRESOCK, | |
|     Plaintiff, | Case No. 2:23-cv-2996 |
| v. | Judge Michael H. Watson |
| | Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
|     Defendant. | |

| | |
|---|---|
| EDWARD GONZALEZ, *et al.*, | |
|     Plaintiffs, | Case No. 2:23-cv-3051 |
| v. | Judge Michael H. Watson |
| | Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
|     Defendant. | |

## ORDER

This matter is before the Court on a Motion for Leave to File Amicus Response to Plaintiff's Motion to Compel filed by non-party State Medical Board of Ohio.  (ECF No. 171 in *Gonzales v. The Ohio State University*, Case No. 2:23-cv-3051.)  For good cause shown, the Motion is **GRANTED.**  The State Medical Board of Ohio may have until **MARCH 17, 2026**, to file its amicus response.

    **IT IS SO ORDERED**.

Date: February 27, 2026

                                                                   */s/ Elizabeth A. Preston Deavers*
                                                                   ELIZABETH A. PRESTON DEAVERS
                                                                   UNITED STATES MAGISTRATE JUDGE