THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEVE SNYDER-HILL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:23-cv-02993 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Elizabeth P. Deavers |
| WILLIAM KNIGHT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:23-cv-02994 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Elizabeth P. Deavers |
| EDWARD GONZALES, et al., <br><br> Plaintiffs, <br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:23-cv-3051 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Elizabeth P. Deavers |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE A MEMO IN OPPOSITION TO BOBBY DOUGLAS'S MOTION TO QUASH**

The Court, having reviewed the Consent Motion for Extension of Time to File a Memo in Opposition to Bobby Douglas's Motion to Question (Doc. __) and finding good cause shown, hereby GRANTS the Motion.

2

WHEREFORE, Plaintiffs have until August 15, 2025, to file a memorandum in opposition to Non-Party Bobby Douglas's Motion to Quash (Doc. 115).

s/ *Elizabeth A. Preston Deavers*
UNITED STATES MAGISTRATE JUDGE