# <u>Exhibit B</u>

**John Doe 14's OSU Transcript**
**(Ex. 2 to JD 14's Deposition)**
**(Filed Under Seal)**